```
ALBERTA RAND                    MIDNIGHT VELVET/SWISS
2479 BELL BOTTOM ROAD           ATTN: BANKRUPTCY
LEXINGTON, MS 39095             1112 SEVENTH AVE
                                MONROE, WI 53566


THOMAS C. ROLLINS, JR.          NELNET
THE ROLLINS LAW FIRM, PLLC      PO BOX 82561
P.O. BOX 13767                  LINCOLN, NE 68501
JACKSON, MS 39236


21ST MORTGAGE CORP              REPUBLIC FINANCE
ATTN: BANKRUPTCY                ATTN: BANKRUPTCY
620 MARKET STREET               2334 US 82
KNOXVILLE, TN 37902             GREENWOOD, MS 38930


CAPITAL ONE FINANCE             SEVENTH AVE/SWISS
ATTN: BANKRUPTCY                ATTN: BANKRUPTCY
7933 PRESTON RD                 1112 7TH AVE
PLANO, TX 75024                 MONROE, WI 53566


COMMUNITY CHOICE FINAN
310 COURT SQ
LEXINGTON, MS 39095


GINNYS/SWISS COLONY
ATTN: BANKRUPTCY
1112 7TH AVE
MONROE, WI 53566


GRACELAND RENTALS, LLC
P.O. BOX 1000
SEPT 162
MEMPHIS, TN 38148


JAKAL WHEAT
2479 BELL BOTTOM RD
LEXINGTON, MS 39095


LAWLER FOREMAN, PLLC
P.O. BOX 2488
RIDGELAND, MS 39158
```