## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**   **Alberta Rand, Debtor**                      **Case No. 25-02377-JAW**
                                                                                                    **CHAPTER 13**

### AFFIDAVIT OF ATTORNEY

STATE OF MISSISSIPPI

COUNTY OF _St Louis County_

_Stephanie Rader_ of _OnderLaw, LLC_ being first duly sworn in connection with the application of the Debtor that I be employed as Special Counsel for the above referenced Debtor to perform services in the aforesaid styled and numbered matter, do herby state:

1.  That, to the best of my knowledge, I represent no interest adverse to said Debtor, Trustee or the Estate of the Debtor in the matters upon which I am to be engaged and that I am a disinterested party, except as set out below.

2.  That, to the best of my knowledge, I have no connection or affiliation with the Debtor, Trustee, creditors, or other parties in interest herein, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except as set out below.

3.  That said services shall be rendered under a contingent fee agreement.

4.  That for the purposes of full disclosure, the following exceptions and notations are made, to-it:

    a.  As Special Counsel for Debtor, I will perform legal services in connection with the prosecution of Debtor's personal injury claim.

FURTHER, AFFIANT SAITH NOT.

Dated this the 29th day of _October_, 2025.

By:  X ~~Stephanie Rados~~
      Stephanie Rados

SWORN TO AND SUBSCRIBED BEFORE ME, this the 29 day of
_October_, 2025.

NOTARY PUBLIC

STACY ANNE-MARIE BARKER
Notary Public - Notary Seal
STATE OF MISSOURI
St. Louis County
My Commission Expires: November 7, 2026
Commission #22054410

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**   **Alberta Rand, Debtor**                              **Case No. 25-02377-JAW**
                                                                                    **CHAPTER 13**

### AFFIDAVIT OF ATTORNEY

STATE OF _Florida_

COUNTY OF _Palm Beach._

_David Shaheen_ of _Ged Lawyers_ , being first duly sworn in connection with the

application of the Debtor that I be employed as Special Counsel for the above referenced Debtor

to perform services in the aforesaid styled and numbered matter, do herby state:

1.      That, to the best of my knowledge, I represent no interest adverse to said Debtor,

Trustee or the Estate of the Debtor in the matters upon which I am to be engaged

and that I am a disinterested party, except as set out below.

2.      That, to the best of my knowledge, I have no connection or affiliation with the

Debtor, Trustee, creditors, or other parties in interest herein, their respective

attorneys and accountants, the United States Trustee, or any person employed in

the Office of the United States Trustee, except as set out below.

3.      That said services shall be rendered under a contingent fee agreement.

4.      That for the purposes of full disclosure, the following exceptions and notations

are made, to-it:

a.   As Special Counsel for Debtor, I will perform legal services in connection

with the prosecution of Debtor's personal injury claim.

FURTHER, AFFIANT SAITH NOT.

Dated this the 19ᵗʰ day of November , 20 25 .

X_____

By: _____ David Shaheen _____

SWORN TO AND SUBSCRIBED BEFORE ME, this the 19 day of
November , 20 25 .

_____
NOTARY PUBLIC

Notary Public State of Florida
Yesenia Roques
My Commission HH 422141
Expires 7/16/2027