# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     Alberta Rand, Debtor                                  Case No. 25-02377-JAW
                                                                 CHAPTER 13

## NOTICE

Debtor has filed papers with the court to be Employ Special Counsel. **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to Debtor's attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Application.

Date: December 9, 2025.          Signature:   /s/ Thomas C. Rollins, Jr.
                                              Thomas C. Rollins, Jr. (MSBN 103469)
                                              Jennifer A Curry Calvillo (MSBN 104367)
                                              The Rollins Law Firm, PLLC
                                              P.O. Box 13767
                                              Jackson, MS 39236
                                              601-500-5533
                                              trollins@therollinsfirm.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:     Alberta Rand, Debtor                              Case No. 25-02377-JAW
                                                             **CHAPTER 13**

## APPLICATION TO EMPLOY SPECIAL COUNSEL

COMES NOW, Debtor ("Applicant"), by and through undersigned counsel, and pursuant to 11 U.S.C. §329, files this Application to Employ Special Counsel in the above Chapter 13 bankruptcy case and in support hereof would show unto the Court the following, to wit:

1. That Debtor represents that in the administration of the above-referenced Debtor's estate, it has been determined necessary to employ Special Counsel to provide assistance with the prosecution of the Debtor's personal injury claim.

2. That the Debtor desires to employ OnderLaw, LLC and GED Lawyers to render services in connection with the claim as Special Counsel for the Debtor.

3. That it would be in the best interests of the estate that said firm be employed.

4. An attorney for OnderLaw, LLC has attached her affidavit hereto, stating that the attorney is a disinterested party to Debtor's estate. See Exhibit "A".

5. An attorney for GED Lawyers has attached his affidavit hereto, stating that the attorney is a disinterested party to Debtor's estate. See Exhibit "A".

6. That in consideration of said representation, Special Counsel will receive a contingency fee and reimbursement of costs, the total of which will not exceed 50% of the total recovery.

WHEREFORE PREMISES CONSIDERED, Applicant prays that the Court enter an Order authorizing the employment of OnderLaw, LLC and GED Lawyers as Special Counsel for the Debtor under the provisions set forth herein and by Order of this Court.

Respectfully submitted,

Alberta Rand, APPLICANT

BY:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767, Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com

## **CERTIFICATE OF SERVICE**

      I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Application were forwarded on December 9, 2025, 2025, to:

By USPS First Class Mail:

    Alberta Rand, Debtor
    2479 Bell Bottom Road
    Lexington, MS 39095

By Electronic CM/ECF Notice:

    Case Trustee

    U.S. Trustee

                                       /s/ Thomas C. Rollins, Jr.
                                          Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>ALBERTA RAND | CASE NO: 25-02377-JAW<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 12/9/2025, I did cause a copy of the following documents, described below,

Notice and Application to Employ

Exhibit A

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/9/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. 103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | CASE NO: 25-02377-JAW |
| ALBERTA RAND | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 12/9/2025, a copy of the following documents, described below,

Notice and Application to Employ

Exhibit A

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/9/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

| DEBTOR | CASE INFO | |
|---|---|---|
| ALBERTA RAND<br>2479 BELL BOTTOM ROAD<br>LEXINGTON MS 39095 | LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-02377-JAW<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>TUE DEC 9 11-46-41 PST 2025 | CAPITAL ONE AUTO FINANCE  A DIVISION OF CAPI<br>CO AIS PORTFOLIO SERVICES  LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 |

EXCLUDE

US BANKRUPTCY COURT
THAD COCHRAN US COURTHOUSE
501 E COURT STREET
SUITE 2300
JACKSON  MS 39201-5036

(P)21ST MORTGAGE CORPORATION
PO BOX 477
KNOXVILLE TN 37901-0477

CCF OF MISSISSIPPI  LLC
2312 E TRINITY ROAD  STE 100
CARROLLTON  TEXAS 75006


CAPITAL ONE AUTO FINANCE
A DIVISION OF CAPITAL ONE  NA
CO AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

CAPITAL ONE FINANCE
ATTN BANKRUPTCY
7933 PRESTON RD
PLANO  TX 75024-2359

COMMUNITY CHOICE FINAN
310 COURT SQ
LEXINGTON  MS 39095-3636


GINNYSSWISS COLONY
ATTN BANKRUPTCY
1112 7TH AVE
MONROE  WI 53566-1364

GRACELAND RENTALS
CARRUS  LLC
25 HIGHLAND PARK VILLAGE 100-199
DALLAS  TX 75205-2789

JAKAL WHEAT
2479 BELL BOTTOM RD
LEXINGTON  MS 39095-8335


LAWLER FOREMAN  PLLC
PO BOX 2488
RIDGELAND  MS 39158-2488

MIDNIGHT VELVETSWISS
ATTN BANKRUPTCY
1112 SEVENTH AVE
MONROE  WI 53566-1364

NELNET
PO BOX 82561
LINCOLN  NE 68501-2561


REPUBLIC FINANCE
ATTN BANKRUPTCY
2334 US 82
GREENWOOD  MS 38930-2700

(P)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

SEVENTH AVESWISS
ATTN BANKRUPTCY
1112 7TH AVE
MONROE  WI 53566-1364


US DEPARTMENT OF EDUCATION CO NELNET
121 SOUTH 13TH STREET
LINCOLN  NE 68508-1904

EXCLUDE

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

DEBTOR

ALBERTA RAND
2479 BELL BOTTOM ROAD
LEXINGTON MS 39095-8335


EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767

EXCLUDE

TORRI PARKER MARTIN
TORRI PARKER MARTIN  CHAPTER 13 BANKRUPT
200 NORTH CONGRESS STREET  STE 400
JACKSON  MS 39201-1902