United States Bankruptcy Court
Southern District of Mississippi

In re:                                        Case No. 25-02377-JAW
Alberta Rand                                  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 2
Date Rcvd: Dec 10, 2025     Form ID: n031     Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alberta Rand, 2479 Bell Bottom Road, Lexington, MS 39095-8335 |
| 5567528 | + | Graceland Rentals, Carrus, LLC., 25 Highland Park Village #100-199, Dallas, TX 75205-2789 |
| 5567529 | + | Jakal Wheat, 2479 Bell Bottom Rd, Lexington, MS 39095-8335 |
| 5567530 | + | Lawler Foreman, PLLC, P.O. Box 2488, Ridgeland, MS 39158-2488 |
| 5567533 | + | Republic Finance, Attn: Bankruptcy, 2334 Us 82, Greenwood, MS 38930-2700 |
| 5567534 | + | Seventh Ave/Swiss, Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 10 2025 19:39:03 | Capital One Auto Finance, a division of Capital On, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5567524 | | Email/Text: ebn@21stmortgage.com | Dec 10 2025 19:34:00 | 21st Mortgage Corporation, Attn: Bankruptcy, P.O. Box 477, Knoxville, TN 37901 |
| 5570414 | | Email/Text: bkinfo@ccfi.com | Dec 10 2025 19:34:00 | CCF of Mississippi, LLC, 2312 E Trinity Road, Ste 100, Carrollton, Texas 75006 |
| 5569724 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 10 2025 19:39:11 | Capital One Auto Finance,, a division of Capital One, N.A., c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5567525 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 10 2025 19:39:10 | Capital One Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2359 |
| 5567526 | + | Email/Text: bkinfo@ccfi.com | Dec 10 2025 19:34:00 | Community Choice Finan, 310 Court Sq, Lexington, MS 39095-3636 |
| 5567527 | + | Email/Text: bankruptcy@sccompanies.com | Dec 10 2025 19:34:00 | Ginnys/Swiss Colony, Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 5567531 | + | Email/Text: bankruptcy@sccompanies.com | Dec 10 2025 19:34:00 | Midnight Velvet/Swiss, Attn: Bankruptcy, 1112 Seventh Ave, Monroe, WI 53566-1364 |
| 5567532 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 10 2025 19:34:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 5569304 | | Email/Text: bankruptcy@republicfinance.com | Dec 10 2025 19:34:00 | Republic Finance, LLC, 282 Tower Road, Ponchatoula, LA 70454 |
| 5573648 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 10 2025 19:34:00 | U.S. Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Dec 10, 2025 | Form ID: n031 | Total Noticed: 17 |

**preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2025          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor Alberta Rand trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−02377−JAW
**Chapter:** 13

**In re:**

Alberta Rand
2479 Bell Bottom Road
Lexington, MS 39095

### Notice of Entry of Order Confirming Plan

The Court entered an Order on December 10, 2025 (Dkt. # 19 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: December 10, 2025              Danny L. Miller, Clerk of Court