___



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: January 20, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.
___

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Alberta Rand, Debtor                                    Case No. 25-02377-JAW
                                                                              **CHAPTER 13**

## ORDER AUTHORIZING EMPLOYMENT OF SPECIAL COUNSEL

THIS CAUSE came on for consideration of the Application to Employ Special Counsel (Dkt. 17), and the Court having considered the Application and being advised in the premises, is of the opinion that said Application is well taken and should be approved.

IT IS THEREFORE ORDERED AND ADJUDGED that OnderLaw, LLC and GED Lawyers are hereby authorized to be employed as Special Counsel, to provide assistance with Debtor's personal injury claim, as the Court finds that authorizing said employment of Special Counsel is in the best interests of the Debtor's Estate.

IT IS FURTHER ORDERED AND ADJUDGED that Special Counsel have agreed to represent the Debtor on a contingency-fee basis in the amount of forty percent (40%) of any gross recovery obtained in connection with the Debtor's personal injury claim, subject to approval by this Court.

IT IS FURTHER ORDERED AND ADJUDGED that the forty percent (40%) contingency fee shall be divided between the Special Counsel as follows: seventy percent (70%) to GED Lawyers and thirty percent (30%) to OnderLaw, LLC.

IT IS FURTHER ORDERED AND ADJUDGED that the Court finds the employment of two law firms is reasonable and in the best interests of the Debtor and the estate, as the firms have undertaken joint responsibility for the representation, with each firm handling distinct and complementary aspects of the litigation with the overall fee consistent with, and not in excess of, the contingency fee customarily charged by a single law firm for comparable personal injury litigation in this market.

IT IS FURTHER ORDERED AND ADJUDGED that all compensation, fees, and reimbursement of expenses shall be subject to further approval of this Court, and that total compensation and reimbursement of costs shall not exceed fifty percent (50%) of any recovery.

#END OF ORDER#

Submitted by:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com