**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:** **BANKRUPTCY CASE NO. 25-02377-JAW**
**ALBERTA RAND**

---

**21st Mortgage Corporation** **Movant**

**vs.**

**Alberta Rand, Debtor, and**
**Jakal J. Wheat, Co-Debtor, and**
**Torri Parker Martin, Trustee** **Respondents**

**MOTION FOR RELIEF FROM STAY**
**AND CO-DEBTOR STAY AND FOR OTHER RELIEF**

COMES NOW, 21st Mortgage Corporation (hereinafter "21st Mortgage") brings this motion for relief from stay and co-debtor stay and for other relief as follows:

1. On or about September 24, 2025, Alberta Rand ("Debtors") filed a petition for relief pursuant to Title 11 of the United States Code. This Court has jurisdiction over the parties and subject matter to this action pursuant to 28 U.S.C. §§ 157 and 1334 and 11 U.S.C. §§ 554, 362 and 1301. This is a core proceeding pursuant to 28 U.S.C. § 157 (b) (2) (A), (G) and (O).

2. On June 14, 2021, Alberta Rand and Jakal J. Wheat executed a Consumer Loan Note, Security Agreement and Disclosure Statement ("Agreement") in the original principal amount of $65,988.23. A true and correct copy of said Agreement is attached hereto and made a part hereof and marked Exhibit "A".

3. Jakal J. Wheat co-signed the Agreement and, as a co-debtor, is also obligated to 21st Mortgage under the agreement.

4. 21st Mortgage is a secured creditor of Debtors and holds a valid, duly perfected security interest in Debtors' 2021 Hamilton, model no. 167632L manufactured home. Copies of documents supporting the debt and 21st Mortgage's security interest are attached to this motion.

5. The Debtor's plan is two (2) or more months in arrears to the Trustee. 21st Mortgage

is not receiving payments due under the Plan. The Debtor's plan has been confirmed.

5. 21st Mortgage incurred significant costs and expenses because of the actions of the Debtors and request reimbursement of these cost and expenses in the plan totaling $649.00.

**WHEREFORE, PREMISES CONSIDERED,** 21st Mortgage Corporation requests the Court terminate the automatic stay of 11 U.S.C. § 362 and the co-debtor stay of 11 U.S.C. § 1301 to allow 21st Mortgage to proceed to enforce its security interest and repossess and liquidate its collateral, pursuant to 11 U.S.C. § 554, and that the stay provisions of Rule 4001 of the Federal Rules of Bankruptcy Procedure not apply. 21st Mortgage further requests reimbursement of attorney fees and costs in the amount of $649.00 to be included in the Plan. In the alternative, the Court is requested to grant such other relief as is necessary under the circumstances.

**DATED:** November 18, 2026.

Respectfully submitted,

21st Mortgage Corporation

BY: ______________________________
Edward E. Lawler, Jr.
Its Attorney

Edward E. Lawler, Jr., MSB No. 1095
Lawler Foreman PLLC
Post Office Box 2488
Ridgeland, MS 39158-2488
Telephone (601) 572-8778
Telefax (601) 572-8440
Email: elawler@lawlerforeman.com

## CERTIFICATE OF SERVICE

I certify that copies of the foregoing documents were served upon the following:

Thomas Carl Rollins, Jr.
The Rollins Law Firm, PLLC
Post Office Box 13767
Jackson, MS 39236

United States Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201

Torri Parker Martin
Chapter 13 Trustee
200 North Congress Street, Ste. 400
Jackson, MS 39201

Jakal J. Wheat
123 Church Street
Lexington, MS 39095

by United States mail, postage prepaid, or by electronic notice, on November 18, 2026.

Edward E. Lawler, Jr.

TFMTG-B2018