MSSB-7007.1-Bk (11/23)

# United States Bankruptcy Court
# Southern District of Mississippi

In re: Alberta Rand

Jakal J. Wheat, Co-Debtor

*Debtor(s)*

Case No.: 25-02377-JAW

Chapter: 13

## Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, ______________________________, a

[Name of Corporate Party]

**[Check One]**

- [x] Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**
- [ ] Corporate Debtor **FRBP 1007(a)(1)**
- [ ] Corporate Petitioner of an involuntary petition **FRBP 1010(b)**
- [ ] Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

- [x] The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

wholly owned subsidiary of CMH Services, Inc., which is a wholly owned subsidiary of Clayton Homes, Inc., which is wholly owned by Berkshire Hathaway, Inc.

**OR**

- [ ] There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 11/18/2026

Attorney Signature

Edward E. Lawler, Jr.
Attorney Name

1095
State Bar Number

Post Office Box 2488
Address

Ridgeland, MS 39158-2488
City, State, and Zip Code

601-572-8778
Telephone Number

elawler@lawlerforeman.com
Email Address

Save Form | Print Form | Reset Form

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**